# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-164-648**

Effective date of registration:

May 17, 2013

---

## Title
- **Title of Work:** All unpublished photos 2008 to May 2013

## Completion/Publication
- **Year of Completion:** 2013

## Author
- **Author:** Larry Gene Philpot
- **Author Created:** photograph(s)
- **Work made for hire:** No
- **Citizen of:** United States  **Domiciled in:** United States
- **Year Born:** 1953

## Copyright claimant
- **Copyright Claimant:** Larry Gene Philpot
  12527 Winding Creek Lane, Indianapolis, IN, 46236

## Rights and Permissions
- **Name:** Larry Philpot
- **Email:** larry@behindthemusic.net  **Telephone:** 317-567-1338
- **Address:** 12527 Winding Creek Lane
  Indianapolis, IN 46236 United States

## Certification
- **Name:** Larry G. Philpot
- **Date:** May 14, 2013

Page 1 of 1

**Registration #:** VAU001164648
**Service Request #:** 1-935196132



Larry G. Philpot
12527 Winding Creek Lane
Indianapolis, IN 46236  United States