Exhibit B

# File:Jerry Lee.jpg

From Wikimedia Commons, the free media repository


**Download**
all sizes


**Use this file**
on the web


**Use this file**
on a wiki


**Email a link**
to this file


**Information**
about reusing





No higher resolution available.
Jerry_Lee.jpg (800 × 533 pixels, file size: 337 KB, MIME type: image/jpeg)

Open in Media Viewer

## Summary

| | |
|---|---|
| Description | **English:** Jerry Lee Lewis performs in Memphis, April 30, 2011 |
| Date | 30 April 2011, 19:11:35 |
| Source | Own work |
| Author | Larry Philpot |

All photographs are my own work and are copyrighted with the US Copyright Office. Attribution should be Photo Credit: Larry Philpot, www.soundstagephotography.com .

## Licensing

**I, the copyright holder of this work, hereby publish it under the following license:**



This file is licensed under the Creative Commons Attribution-Share Alike 3.0 Unported (https://creativecommons.org/licenses/by-sa/3.0/deed.en) license.

You are free:
- **to share** – to copy, distribute and transmit the work
- **to remix** – to adapt the work

Under the following conditions:
- **attribution** – You must attribute the work in the manner specified by the author or licensor (but not in any way that suggests that they endorse you or your use of the work).

- **share alike** – If you alter, transform, or build upon this work, you may distribute the resulting work only under the same or similar license to this one.

## File history

Click on a date/time to view the file as it appeared at that time.

| | Date/Time | Thumbnail | Dimensions | User | Comment |
|---|---|---|---|---|---|
| current | 07:47, 4 October 2013 | | 800 × 533 (337 KB) | Nightshooter (talk \| contribs) | User created page with UploadWizard |

- You cannot overwrite this file.

## File usage on Commons

There are no pages that link to this file.

## File usage on other wikis

The following other wikis use this file:

- Usage on arz.wikipedia.org
    - قاعة مشاهير الروك اند رول
- Usage on cs.wikipedia.org
    - Jerry Lee Lewis
- Usage on de.wikipedia.org
    - Jerry Lee Lewis
- Usage on en.wikipedia.org
    - Jerry Lee Lewis
    - List of Rock and Roll Hall of Fame inductees
    - List of people from Memphis, Tennessee
- Usage on en.wikiquote.org
    - Jerry Lee Lewis
- Usage on fa.wikipedia.org
    - جری لی لوئیس
- Usage on fi.wikipedia.org
    - Jerry Lee Lewis
- Usage on gl.wikipedia.org
    - Jerry Lee Lewis
- Usage on hr.wikipedia.org
    - Jerry Lee Lewis
- Usage on ko.wikipedia.org
    - 제리 리 루이스
- Usage on vi.wikipedia.org
    - Danh sách nghệ sĩ được vinh danh tại Đại sảnh Danh vọng Rock and Roll
- Usage on zh.wikipedia.org
    - 摇滚名人堂成员列表
    - 傑瑞·李·劉易斯

## Metadata

This file contains additional information such as Exif metadata which may have been added by the digital camera, scanner, or software program used to create or digitize it. If the file has been modified from its original state, some details such as the timestamp may not fully reflect those of the original file. The timestamp is only as accurate as the clock in the camera, and it may be completely wrong.

| Camera manufacturer | Canon |
|---|---|
| Camera model | Canon EOS-1Ds Mark III |

| Author | Larry Philpot |
|---|---|
| Copyright holder | Copyright, Larry Philpot |
| Exposure time | 1/250 sec (0.004) |
| F-number | f/2.8 |
| ISO speed rating | 100 |
| Date and time of data generation | 19:11, 30 April 2011 |
| Lens focal length | 148 mm |

Retrieved from "https://commons.wikimedia.org/w/index.php?title=File:Jerry_Lee.jpg&oldid=213413661"

**This page was last edited on 12 November 2016, at 22:49.**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy.