# Exhibit E



701 El Camino Real
Redwood City, CA 94063
+1 (650) 351-7248

**HILLARY N. BUNSOW**
Direct: +1 (415) 426-4747
hillarybunsow@bdiplaw.com

VIA FEDERAL EXPRESS (PRIORITY OVERNIGHT)

August 7, 2018

Gary Rossington
Lynyrd Skynyrd Productions, Inc.
15821 Ventura Blvd., #270
Encino, CA 91436

Lynyrd Skynyrd Productions, Inc.
c/o EResident Agent Inc.
236 E. 6th Ave.
Tallahassee, FL 32303

    **Re:**  *Copyright Infringement by Lynyrd Skynyrd*

Dear Mr. Rossington:

We represent Larry Philpot in connection with the protection of his intellectual property rights. Mr. Philpot is a professional photographer who has taken many well-known and sought-after photographs of musicians live in concert. Among his works is a photograph of Jerry Lee Lewis ("Photograph"), enclosed as Exhibit A. Mr. Philpot owns a registered copyright in the Photograph, and licenses the Photograph with the requirement that attribution be provided to him as the photographer whenever the Photograph is used.

It has come to our attention that Lynyrd Skynyrd is using the Photograph as part of a video montage in its Last of the Street Survivors Farewell Tour (the "Farewell Tour"), see enclosed Exhibit B. Mr. Philpot is delighted that Lynyrd Skynyrd has chosen to use the Photograph as part of its tour. However, because Lynyrd Skynyrd is using the Photograph without Mr. Philpot's permission and without providing attribution to Mr. Philpot, this use constitutes copyright infringement.

Mr. Philpot prefers an amicable solution and is willing to license the Photograph to Lynyrd Skynyrd for use in the Farewell Tour, in exchange for a license fee to be negotiated. Mr. Philpot is also willing to discuss potential non-monetary resolutions. As the next stop on the Farewell Tour is a mere three days away, we would appreciate your earnest attention to this matter. Please contact us as soon as possible, in order to discuss a resolution of this matter.

Of course, the above is not a complete recitation of our client's claims and positions, and all rights and remedies are hereby reserved.

                                            Regards,

                                            Hillary N. Bunsow

Encs.

# Exhibit A



Case 2:18-cv-07330-DDP-GJS   Document 1-5   Filed 08/21/18   Page 5 of 7   Page ID #:32

# Exhibit B

